Sarah M. Shekhter, Esq. (SBN 278212)
Dakota Hickingbottom, Esq. (SBN 339789)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California  92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail:  shekhter@scmv.com
            hickingbottom@scmv.com

Attorneys for Plaintiff
SAFCHILD INVESTMENTS, LLC

ALEX G. BRIZOLIS (SBN 259634)
abrizolis@glaserweil.com
ALLYSON N. WERNER (SBN 342164)
awerner@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, CA 92101
Phone: (619) 765-4380
Fax: (619) 483-0646

Attorneys for Defendants
ACADEMI REAL ESTATE HOLDINGS, LLC,
ACADEMI TRAINING CENTER, LLC AND
CONSTELLIS HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Safchild Investments, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>   v.<br><br>ACADEMI Real Estate Holdings, LLC, a North Carolina limited liability company; ACADEMI Training Center, Inc., a Delaware corporation; Constellis Holdings, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:26-cv-2506-H-JAC<br><br>**JOINT DISCOVERY PLAN**<br><br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Janet A. Cabral<br><br>Complaint Filed: January 9, 2026<br>Trial Date: None set |

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's May 8, 2026 Notice and Order for Early Neutral Evaluation Conference and Case Management Conference, Plaintiff Safchild Investments, LLC ("Plaintiff") and Defendants Academi Real Estate Holdings, LLC, Academi Training Center, LLC[1] and Constellis Holdings, LLC ("Defendants") (collectively, the "Parties") submit this Joint Discovery Plan.

<strong>JOINT DISCOVERY PLAN</strong>

**A.     Service**

All named parties have been served.

**B.     Amendment of Pleadings**

The Parties do not anticipate amending any pleadings at this time, but reserve the right to do so in the future.

**C.     Protective Order**

Defendants anticipate that they may produce confidential information and will prepare a proposed protective order to safeguard any such production. Defendants will circulate the proposed protective order to Plaintiff's counsel for review and comment. The Parties expect to submit the proposed protective order to the Court no later than June 18, 2026.

**D.     Privilege**

The Parties do not anticipate any privilege issues at this time and will meet and confer to resolve any issues that may arise.

**E.     Evidence Preservation**

The Parties do not anticipate any evidence preservation issues at this time and will meet and confer to resolve any issues that may arise.

**F.     Electronic Discovery**

The Parties have reviewed the Checklist for Rule 26(f) Meet and Confer Regarding

---

[1] ACADEMI Training Center, LLC was erroneously sued as ACADEMI Training Center, Inc.

Electronically Stored Information ("ESI"). The Parties agree to take all reasonable and proportional steps necessary for the preservation and collection of relevant ESI. The Parties do not anticipate that this will be a document-intensive case, nor do they anticipate any issues regarding ESI. The Parties agree to meet and confer should any issues arise.

**G.    Discovery and Scheduling**

The Parties anticipate conducting fact discovery relating to the lease, the amendments thereto, the guaranties, the condition of the Premises, and the repairs and maintenance performed thereon.  The Parties also anticipate conducting expert discovery as needed.

No discovery has been taken to date. At this time, the Parties do not propose any limitations or modifications of the Federal Rules of Civil Procedure concerning discovery. Accordingly, the Parties propose the following discovery schedule:

| Event | Proposed Deadline |
| --- | --- |
| Completion of Fact Discovery | February 28, 2027 |
| Expert Designations and Disclosures | March 31, 2027 |
| Completion of Expert Discovery | April 30, 2027 |
| Dispositive Motion Filing Cutoff | May 31, 2027 |
| Pretrial Conference | August 2027 |
| Trial | September 2027 |

**H.    Related Cases**

There are currently no related cases, and the Parties do not anticipate any related cases.

**I.    Trial**

Plaintiff has demanded a jury trial, and the Parties anticipate that 3–5 days will be needed for trial.

**J.    Professional Conduct**

All attorneys listed in the pleadings have reviewed Civil Local Rule 2.1 on

Professionalism.

**K.      Miscellaneous**

The Parties have no miscellaneous matters to note at this time.


Dated: June 1, 2026                    SELTZER CAPLAN McMAHON VITEK
                                       A Law Corporation


                                       By:   */s/ Sarah M. Shekhter*
                                             Sarah M. Shekhter, Esq.
                                             Dakota Hickingbottom, Esq.
                                             Attorneys for Plaintiff
                                             SAFCHILD INVESTMENTS, LLC


Dated: June 1, 2026                    GLASER WEIL FINK HOWARD
                                       JORDAN & SHAPIRO LLP


                                       By:   */s/ Alex G. Brizolis*
                                             Alex G. Brizolis, Esq.
                                             Allyson N. Werner, Esq.
                                             Attorneys for Attorneys for Defendants
                                             ACADEMI Real Estate Holdings, LLC,
                                             ACADEMI Training Center, LLC, and
                                             Constellis Holdings, LLC